**SKLAR LAW, LLC**
Andrew Sklar, Esq. (016751992)
20 Brace Road, Suite 205
Cherry Hill, New Jersey 08034
(856) 258-4050
ATTORNEYS FOR ANDREW SKLAR, CHAPTER 7 TRUSTEE

Order Filed on October 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | The Honorable Andrew B. Altenburg |
| LIZETTE CORTES | : | Chapter 7 |
| | : | Case No. 20-19567-ABA |
| Debtor. | : | **Hearing Date:** |

# ORDER EXPUNGING CLAIMS
## PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007

The relief set forth on the following pages numbered two (2) through (2) three is hereby **ORDERED**.

**DATED: October 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

PH1 3112611v2 05/07/12

Debtor: Lizette Cortes
Case No. 20-19567-ABA
**Caption of Order:**    ORDER EXPUNGING CLAIMS PURSUANT TO 11 U.S.C. § 502
AND FED. R. BANKR. P. 3007

Upon the motion of Andrew Sklar (the "Trustee"), the chapter 7 trustee for the estate of Lizette Cortes (the "Debtor"), seeking entry of an order expunging certain claims pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (the "Motion"), and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 3007; and the Court having considered the Motion and any objections to the Motion; and it appearing that the relief requested in the Motion is reasonable and necessary and in the best interests of the Debtor's estate and the creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED as follows:

1. The Motion is GRANTED.

2. Proof of claim no. 10-1 filed by Home Point Financial Corporation be and is hereby expunged in its entirety.

3. Proof of claim no. 11-1 filed by Ally Bank Lease Trust be and is hereby expunged in its entirety.

PH1 3112611v2 05/07/12