UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sklar Law, LLC
Andrew Sklar, Esq. (016751992)
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
Attorneys for Andrew Sklar, Chapter 7 Trsutee

Case No.: 20-19567-ABA

Chapter: 7

In Re:

Lizette Cortes,

Debtor.

Adv. No.:

Hearing Date: 10/12/2021

Judge: Andrew B. Altenburg

## CERTIFICATION OF SERVICE

1. I, __DOLORES E MURPHY__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Andrew Sklar__, who represents __Chapter 7 Trustee__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __October 13, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order granting Motion to Modify Claims signed by the Honorable Andrew B Altenburg and filed with the Clerk of the Court on 10/13/2021

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/13/21

/s/ Dolores E Murphy
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lizzette Cortes<br>5610 Hunter Court<br>Millville, NJ 08332 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Attorney of Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CMECF Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Home Point Financial Corporation<br>ATTN: Correspondence and Payments<br>11511 Luna Rd, Suite 30<br>Farmers Branch, TX 75234 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| RAS Citron, LLC<br>130 Clinton Rd #202<br>Fairfield, NJ 07004 | Authorized Agent of Home Point Financial Corporation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Bank Lease Trust<br>PO Box 130424<br>Roseville, MN 55113-004<br><br>Heather Lockman<br>Ally Servicing LLC<br>4000 Lexington Ave N., Suite 100<br>Shoreview, MN 55126 | Creditor<br><br><br><br>Authorized Agent of Ally Bank Lease Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midfirst Bank<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AIS Portfolio Services, LP<br>Account: XXXXXXXX4972<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Notice of Appearance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*