UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:                                    :
                                          :
Lizette Cortes                            :    CASE NO. 20-19567/ABA
                                          :
Debtor(s)                                 :    CHAPTER 7

_____

**CERTIFICATION OF NOTICING FEES AND INVOICE
FOR COLLECTION OF ADMINISTRATIVE EXPENSES**

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

**IT IS NOTICED** that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check (payable to "Clerk, United State Bankruptcy Court") for the following charges incurred to date: NOTICES:

_____ Notices at $.50 each (for notices sent prior to 1/1/98)
            Total Notice Charges Due ----------------------------$_____

PROOF OF CLAIM:

_____ Claims(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)
            Total Claims Charges Due-------------------------- $_____

DEFERRED FEES

_____

_____

_____
            Total Deferred Fees Due-------------------------- $_____

TOTAL ADMINISTRATIVE CHARGES DUE------------------ $_____

Dated:_____    BY THE COURT

                                     _____
                                     JEANNE A. NAUGHTON, CLERK

1 The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order