Order Filed on October 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**SKLAR LAW, LLC**
Andrew Sklar, Esq. (016751992)
20 Brace Road, Suite 205
Cherry Hill, New Jersey 08034
(856) 258-4050

ATTORNEYS FOR ANDREW SKLAR, CHAPTER 7 TRUSTEE

| | |
|---|---|
| In re: | The Honorable Andrew B. Altenburg |
| LIZETTE CORTES | Chapter 7 |
| | Case No. 20-19567-ABA |
| Debtor. | |
| | **Hearing Date:** |

## ORDER EXPUNGING CLAIMS
## PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007

The relief set forth on the following pages numbered two (2) through (2) three is hereby

**ORDERED**.

**DATED: October 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

PH1 3112611v2 05/07/12

Debtor: Lizette Cortes
Case No. 20-19567-ABA
**Caption of Order:**    ORDER EXPUNGING CLAIMS PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007

Upon the motion of Andrew Sklar (the "Trustee"), the chapter 7 trustee for the estate of Lizette Cortes (the "Debtor"), seeking entry of an order expunging certain claims pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (the "Motion"), and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 3007; and the Court having considered the Motion and any objections to the Motion; and it appearing that the relief requested in the Motion is reasonable and necessary and in the best interests of the Debtor's estate and the creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED as follows:

1. The Motion is GRANTED.

2. Proof of claim no. 10-1 filed by Home Point Financial Corporation be and is hereby expunged in its entirety.

3. Proof of claim no. 11-1 filed by Ally Bank Lease Trust be and is hereby expunged in its entirety.

PH1 3112611v2 05/07/12

United States Bankruptcy Court

District of New Jersey

In re:  
Lizette Cortes  
    Debtor

Case No. 20-19567-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Oct 13, 2021 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lizette Cortes, 5610 Hunter Court, Millville, NJ 08332-1718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com  kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 13, 2021 | Form ID: pdf903 | Total Noticed: 1

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Seymour Wasserstrum
    on behalf of Debtor Lizette Cortes mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10