| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BARRY R. SHARER, CPA**<br>**Sharer Petree Brotz & Snyder**<br>**1103 Laurel Oak Road**<br>**Suite 105B**<br>**Voorhees, NJ 08043**<br>**(856)435-3200**<br>**Accountant for the Chapter 7 Trustee** | Order Filed on October 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>**CORTES, LIZETTE** | Case No.: 20-19567<br><br>Chapter 7<br><br>Hearing Date:  10/14/21 @ 2:00PM<br><br>Judge: ABA |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: October 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:   **CORTES, LIZETTE**

Case No.:   20-19567\ABA

Caption of Order: Order Approving Final Compensation for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

| FEES: | $2,031.00 |
|---|---|
| EXPENSES | $   14.65 |
| TOTAL: | $2,045.65 |

United States Bankruptcy Court

District of New Jersey

In re:                                                    Case No. 20-19567-ABA

Lizette Cortes                                  Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                             Page 1 of 2

Date Rcvd: Oct 14, 2021                      Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

**Recip ID              Recipient Name and Address**
db                 + Lizette Cortes, 5610 Hunter Court, Millville, NJ 08332-1718

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2021                            Signature:                   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Oct 14, 2021     Form ID: pdf903     Total Noticed: 1

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Seymour Wasserstrum
    on behalf of Debtor Lizette Cortes mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10