Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−19567−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lizette Cortes
   aka Lizette Betista
   5610 Hunter Court
   Millville, NJ 08332

Social Security No.:
   xxx−xx−7816

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       11/18/21
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Andrew Sklar, Trustee's Attorney, period: 6/29/2021 to 10/14/2021.

COMMISSION OR FEES
fee: $1365.00.

EXPENSES
$64.92.

If this is a chapter 13 case, the fees and expenses awarded:

   ☐    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 15, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lizette Cortes  
    Debtor

Case No. 20-19567-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 15, 2021      Form ID: 137      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lizette Cortes, 5610 Hunter Court, Millville, NJ 08332-1718 |
| aty | + | Sklar Law LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| cr | + | HOME POINT FINANCIAL CORPORATION, RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD,, NJ 07004-2927 |
| acc | + | Robert N. Snyder, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd, Suite 105B, Voorhees, NJ 08043-4376 |
| 518927018 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 519255338 | + | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518927019 | + | Aurea Cortes, 912 Louis Drive, Millville, NJ 08332-3950 |
| 518927021 | + | Banfield Pet Hospital, 2135 Route 38, Suite B, Cherry Hill, NJ 08002-2001 |
| 518927022 | | Bank Of America, 4060 Ogletown Stanton Rd, Newark, DE 19713 |
| 518927023 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518927029 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518927030 | + | Endoscopy Center Of South Jersey, 602 W Sherman Ave, Vineland, NJ 08360-7054 |
| 518927031 | + | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 519074865 | | Home Point Financial Corporation, 1511 Luna Rd Suite, 300 Suite 300, Farmers Branch, TX 75234 |
| 518927034 | + | IC System, PO Box 64378, St Paul, MN 55164-0378 |
| 519040722 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518927042 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518927043 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020 |
| 519132065 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Dept of Treasury-Division of Taxation, P O Box 245, Trenton, NJ 08695 |
| 518927046 | + | TRAF GROUP/A-1 COLLECTIONS, 2297 STATE HIGHWAY 33, STE 906, Trenton, NJ 08690-1717 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Oct 15 2021 20:19:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2021 20:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2021 20:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519110297 | | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 20:19:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518927017 | | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 20:19:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

Case 20-19567-ABA    Doc 77    Filed 10/17/21    Entered 10/18/21 00:13:48    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 137 | Total Noticed: 44 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518927020 | + | Email/Text: bk@avant.com | Oct 15 2021 20:20:00 | Avant, 222 N. Lasalle St. Suite 1700, Chicago, IL 60601-1101 |
| 519039155 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 20:34:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518927024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 20:18:02 | Citicards cbna, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518927026 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2021 20:18:00 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 518927027 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2021 20:19:00 | Department of the Treasury, Internal Revenue Service, ACS Support Stop 5050, PO BOX 219236, Kansas City, MO 64121 |
| 518927038 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 15 2021 20:17:57 | JPMCB-Card Services, 301 Walnut St Floor 09, Wilmington, DE 19801 |
| 518927039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 15 2021 20:17:58 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519037760 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518927040 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Credit Managment, 350 Camino Del La Reina Ste 100, San Diego, CA 92108-3007 |
| 518927041 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 519065358 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518927043 | | Email/Text: signed.order@pfwattorneys.com | Oct 15 2021 20:19:00 | Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020 |
| 519074671 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2021 20:18:01 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519024766 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2021 20:19:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519044931 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2021 20:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518927044 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 20:18:04 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519065370 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 20:18:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518927593 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 20:18:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518927045 | | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 20:17:57 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518927025 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2021 20:19:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518927028 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

|           |      |                                                                                                                                                          |
|-----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
|           |      | 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, ACS Support Stop 5050, PO Box 219236, Kansas City, MO 64121 |
| 518927037 | *    | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081                                                                  |
| 518927035 | *+   | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346                                                                                       |
| 518927036 | *    | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081                                                                   |
| 518927032 | ##+  | Gastroenterology Group Of South Jersey, 602 W. Sherman Ave, Vineland, NJ 08360-7054                                                                      |
| 518927033 | ##+  | Home Point Financial, 9190 Priority Way W Dr Ste 300, Indianapolis, IN 46240-1437                                                                        |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Lizette Cortes mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10