UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
856-258-4050
andy@sklarlaw.com
Attorney for Chapter 7 Trustee

In Re:
Lizette Cortes

                Debtors

Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-19567-ABA

Chapter 7

Hearing Date:

Judge: Andrew B. Altenburg Jr.

### *ORDER GRANTING ALLOWANCES*

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 18, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

PAGE 2

Debtor:        Lizette Cortes

Case No.:      20-19567-ABA

Caption of Order:    ***ORDER GRANTING ALLOWANCES***

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Sklar Law, LLC<br>Attorneys for Chapter 7 Trustee | $1,365.00 | $64.92 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-19567-ABA

Lizette Cortes  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lizette Cortes, 5610 Hunter Court, Millville, NJ 08332-1718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Seymour Wasserstrum
    on behalf of Debtor Lizette Cortes mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10