| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lizette Cortes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7816<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–19567–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lizette Cortes
aka Lizette Betista

12/22/21

**By the court:**   Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Lizette Cortes  
    Debtor

Case No. 20-19567-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 22, 2021      Form ID: 318      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lizette Cortes, 5610 Hunter Court, Millville, NJ 08332-1718 |
| aty | + | Sklar Law LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| cr | + | HOME POINT FINANCIAL CORPORATION, RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD,, NJ 07004-2927 |
| acc | + | Robert N. Snyder, Sharer Petree Brotz & Snyder, 1103 Laurel Oak Rd, Suite 105B, Voorhees, NJ 08043-4376 |
| 519255338 | + | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518927019 | + | Aurea Cortes, 912 Louis Drive, Millville, NJ 08332-3950 |
| 518927021 | + | Banfield Pet Hospital, 2135 Route 38, Suite B, Cherry Hill, NJ 08002-2001 |
| 518927029 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518927030 | + | Endoscopy Center Of South Jersey, 602 W Sherman Ave, Vineland, NJ 08360-7054 |
| 519074865 | | Home Point Financial Corporation, 1511 Luna Rd Suite, 300 Suite 300, Farmers Branch, TX 75234 |
| 518927042 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519132065 | + | State of New Jersey, Dept of Treasury-Division of Taxation, P O Box 245, Trenton, NJ 08695-0245 |
| 518927046 | + | TRAF GROUP/A-1 COLLECTIONS, 2297 STATE HIGHWAY 33, STE 906, Trenton, NJ 08690-1717 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Dec 22 2021 20:34:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518927018 | | EDI: WFFC.COM | Dec 23 2021 01:28:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 519110297 | | EDI: GMACFS.COM | Dec 23 2021 01:23:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 518927017 | | EDI: GMACFS.COM | Dec 23 2021 01:23:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 518927020 | + | Email/Text: bk@avant.com | Dec 22 2021 20:35:00 | Avant, 222 N. Lasalle St. Suite 1700, Chicago, IL 60601-1101 |
| 518927022 | | EDI: BANKAMER.COM | Dec 23 2021 01:23:00 | Bank Of America, 4060 Ogletown Stanton Rd, Newark, DE 19713 |
| 518927023 | + | EDI: TSYS2 | Dec 23 2021 01:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |

Case 20-19567-ABA    Doc 84    Filed 12/24/21    Entered 12/25/21 00:17:05    Desc Imaged
                    Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 22, 2021 | Form ID: 318 | Total Noticed: 44 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 519039155 | | EDI: CITICORP.COM | Dec 23 2021 01:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518927024 | + | EDI: CITICORP.COM | Dec 23 2021 01:23:00 | Citicards cbna, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518927026 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2021 20:47:00 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 518927031 | + | EDI: AMINFOFP.COM | Dec 23 2021 01:28:00 | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 518927034 | + | EDI: IIC9.COM | Dec 23 2021 01:28:00 | IC System, PO Box 64378, St Paul, MN 55164-0378 |
| 518927027 | | EDI: IRS.COM | Dec 23 2021 01:28:00 | Department of the Treasury, Internal Revenue Service, ACS Support Stop 5050, PO BOX 219236, Kansas City, MO 64121 |
| 518927038 | | EDI: JPMORGANCHASE | Dec 23 2021 01:23:00 | JPMCB-Card Services, 301 Walnut St Floor 09, Wilmington, DE 19801 |
| 519040722 | + | Email/Text: RASEBN@raslg.com | Dec 22 2021 20:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518927039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 20:46:58 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519037760 | + | EDI: MID8.COM | Dec 23 2021 01:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518927040 | + | EDI: MID8.COM | Dec 23 2021 01:28:00 | Midland Credit Managment, 350 Camino Del La Reina Ste 100, San Diego, CA 92108-3007 |
| 518927041 | + | EDI: MID8.COM | Dec 23 2021 01:28:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 519065358 | + | EDI: MID8.COM | Dec 23 2021 01:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518927043 | | Email/Text: signed.order@pfwattorneys.com | Dec 22 2021 20:34:00 | Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020 |
| 519074671 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2021 20:47:04 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519024766 | | EDI: Q3G.COM | Dec 23 2021 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519044931 | | EDI: Q3G.COM | Dec 23 2021 01:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518927044 | + | EDI: RMSC.COM | Dec 23 2021 01:23:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 519065370 | + | EDI: RMSC.COM | Dec 23 2021 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518927593 | + | EDI: RMSC.COM | Dec 23 2021 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518927045 | | EDI: RMSC.COM | Dec 23 2021 01:23:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518927025 | | EDI: WFNNB.COM | Dec 23 2021 01:28:00 | comenitycapital/boscovs, PO Box 182120, Columbus, OH 43218-2120 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518927028 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, ACS Support Stop 5050, PO Box 219236, Kansas City, MO 64121 |
| 518927037 | * | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518927035 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518927036 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518927032 | ##+ | Gastroenterology Group Of South Jersey, 602 W. Sherman Ave, Vineland, NJ 08360-7054 |
| 518927033 | ##+ | Home Point Financial, 9190 Priority Way W Dr Ste 300, Indianapolis, IN 46240-1437 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Trustee Andrew Sklar andy@sklarlaw.com kathleen@sklarlaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Lizette Cortes mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10