**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| In re:    Lizette Cortes | §    Case No. 1:20-bk-19567 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ANDREW SKLAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:    $31,583.76 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:    $18,751.50 | Claims Discharged Without Payment:  $9,787.00 |
| Total Expenses of Administration:  $6,929.85 | |

3) Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,318.65 (see **Exhibit 2**), yielded net receipts of $25,681.35 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 88,270.24 | 108,312.66 | 0.00 | 0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,929.85 | 6,929.85 | 6,929.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 750.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,748.75 | 4,171.56 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,234.63 | 19,639.25 | 18,751.50 | 18,751.50 |
| **TOTAL DISBURSEMENTS** | **$111,253.62** | **$139,803.32** | **$25,681.35** | **$25,681.35** |

4)  This case was originally filed under Chapter 13 on 08/13/2020 and it was converted to Chapter 7 on 06/21/2021.  The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/08/2022_____      By: /s/ ANDREW SKLAR_____
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| 5610 HUNTER COURT, MILLVILLE, NJ | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lizette Cortes | additional surplus funds to Debtor | 8200-002 | 4,318.65 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,318.65** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Home Point Financial Corporation | 4110-000 | 88,270.24 | 87,866.92 | 0.00 | 0.00 |
| 11 | Ally Bank Lease Trust | 4210-000 | N/A | 20,445.74 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$88,270.24** | **$108,312.66** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW SKLAR | 2100-000 | N/A | 3,321.64 | 3,321.64 | 3,321.64 |
| ANDREW SKLAR | 2200-000 | N/A | 41.36 | 41.36 | 41.36 |
| Sharer, Petree, Botz & Snyder | 3410-000 | N/A | 2,031.00 | 2,031.00 | 2,031.00 |
| Sharer, Petree, Botz & Snyder | 3420-000 | N/A | 14.65 | 14.65 | 14.65 |
| Signature Bank | 2600-000 | N/A | 91.28 | 91.28 | 91.28 |
| Sklar Law, LLC | 3110-000 | N/A | 1,365.00 | 1,365.00 | 1,365.00 |
| Sklar Law, LLC | 3120-000 | N/A | 64.92 | 64.92 | 64.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$6,929.85** | **$6,929.85** | **$6,929.85** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW SKLAR | 6700-000 | N/A | 750.00 | 0.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES | | N/A | $750.00 | $0.00 | $0.00 |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Dept of Treasury-Division of Taxation | 5800-000 | 0.00 | 35.00 | 0.00 | 0.00 |
| 12 | Department of the Treasury | 5800-000 | N/A | 4,136.56 | 0.00 | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 1,748.75 | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $1,748.75 | $4,171.56 | $0.00 | $0.00 |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 205.00 | 144.73 | 144.73 | 144.73 |
| 1-I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.18 | 0.18 | 0.18 |
| 2 | Midland Credit Management, Inc. | 7100-000 | 1,651.00 | 1,651.08 | 1,651.08 | 1,651.08 |
| 2-I | Midland Credit Management, Inc. | 7990-000 | N/A | 2.00 | 2.00 | 2.00 |
| 3 | Citibank, N.A. | 7100-000 | 1,324.00 | 1,324.66 | 1,324.66 | 1,324.66 |
| 3-I | Citibank, N.A. | 7990-000 | N/A | 1.61 | 1.61 | 1.61 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | 1,331.00 | 1,331.68 | 1,331.68 | 1,331.68 |
| 4-I | JPMorgan Chase Bank, N.A. | 7990-000 | N/A | 1.62 | 1.62 | 1.62 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 5,267.83 | 5,267.83 | 5,267.83 |
| 5-I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 6.40 | 6.40 | 6.40 |
| 6-I | Dept of Treasury-Division of Taxation | 7990-000 | N/A | 0.04 | 0.00 | 0.00 |
| 7 | Midland Funding LLC | 7100-000 | 1,734.00 | 1,734.01 | 1,734.01 | 1,734.01 |
| 7-I | Midland Funding LLC | 7990-000 | N/A | 2.11 | 2.11 | 2.11 |
| 8 | Synchrony Bank | 7100-000 | 2,931.00 | 2,903.81 | 2,903.81 | 2,903.81 |
| 8-I | Synchrony Bank | 7990-000 | N/A | 3.53 | 3.53 | 3.53 |
| 9 | PYOD, LLC | 7100-000 | 168.00 | 329.06 | 329.06 | 329.06 |
| 9-I | PYOD, LLC | 7990-000 | N/A | 0.40 | 0.40 | 0.40 |
| 12 | Department of the Treasury | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Department of the Treasury | 7300-000 | N/A | 887.71 | 0.00 | 0.00 |
| 13 | Dept of Treasury-Division of Taxation | 7100-000 | 2,103.63 | 4,041.88 | 4,041.88 | 4,041.88 |
| 13-I | Dept of Treasury-Division of Taxation | 7990-000 | N/A | 4.91 | 4.91 | 4.91 |
| NOTFILED | American Honda Finance | 7100-000 | 689.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Avant | 7100-000 | 689.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,775.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 4,563.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Premier | 7100-000 | 33.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IC System | 7100-000 | 670.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Merrick Bank | 7100-000 | 1,141.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TRAF GROUP/A-1 COLLECTIONS | 7100-000 | 157.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TRAF GROUP/A-1 COLLECTIONS | 7100-000 | 70.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$21,234.63** | **$19,639.25** | **$18,751.50** | **$18,751.50** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| **Case Number:** | 20-19567 ABA | **Trustee:** | ANDREW SKLAR |
|---|---|---|---|
| **Case Name:** | Lizette Cortes | **Filed (f) or Converted (c):** | 06/21/21 (c) |
| | | **§341(a) Meeting Date:** | 09/14/20 |
| **Period Ending:** | 04/08/22 | **Claims Bar Date:** | 09/21/21 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5610 HUNTER COURT, MILLVILLE, NJ<br>8/2/21- TR filed notice settlement w/Debtor for payment $30K - docket #55<br>8/25/21 - Cert No Obj Settlement - Docket #60 | 120,000.00 | 30,000.00 | | 30,000.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | ELECTRONICS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | FIREARMS, SPORTS, PHOTOGRAPHIC AND HOBBY EQUIP. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY | 1,700.00 | 0.00 | | 0.00 | FA |
| 7 | BAY ATLANTIC FEDERAL CREDIT UNION -CK | 585.00 | 0.00 | | 0.00 | FA |
| 8 | BAY ATLANTIC FEDERAL CREDIT UNION CK | 1.00 | 0.00 | | 0.00 | FA |
| 9 | BAY ATLANTIC FEDERAL CREDIT UNION SAVINGS | 468.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$131,854.00** | **$30,000.00** | | **$30,000.00** | **$0.00** |

**Major activities affecting case closing:**
TFR: 10/19/21
TFR APPROVAL: 12/8/2021
FINAL MTG: 1/27/2022
TDR: 4/8/22
TDR APPROVAL: PENDING

*NEW Distribution w/TFR - after approval of TFR IRS Amended Claim to Zero* - Send revised distribution w/TDR

**Initial Projected Date of Final Report (TFR):** September 25, 2023          **Current Projected Date of Final Report (TFR):** October 19, 2021 (Actual)

| April 08, 2022 | /s/ ANDREW SKLAR |
|---|---|
| Date | ANDREW SKLAR |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 20-19567 ABA | | Trustee: | ANDREW SKLAR |
|---|---|---|---|---|
| Case Name: | Lizette Cortes | | Bank Name: | Signature Bank |
| | | | Account: | ******5968 - Checking |
| Taxpayer ID#: | **-***0541 | | Blanket Bond: | $30,119,152.00 (per case limit) |
| Period Ending: | 04/08/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/21 | Asset #1 | Ocean First Bank | redemption of equity | 1110-000 | 30,000.00 | | 30,000.00 |
| 08/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 43.27 | 29,956.73 |
| 09/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 48.01 | 29,908.72 |
| 01/27/22 | 1001 | ANDREW SKLAR | Dividend of 100.000000000%. TRUSTEE COMP | 2100-000 | | 3,321.64 | 26,587.08 |
| 01/27/22 | 1002 | ANDREW SKLAR | Dividend of 100.000000000%. TRUSTEE EXPENSES | 2200-000 | | 41.36 | 26,545.72 |
| 01/27/22 | 1003 | Sklar Law, LLC | Dividend of 100.000000000%. ATTY FOR TR FEES<br>10/14/21 -Fee Application Filed<br>11/18/21 - Order granting fees & expenses - docket #78 | 3110-000 | | 1,365.00 | 25,180.72 |
| 01/27/22 | 1004 | Sklar Law, LLC | Dividend of 100.000000000%. ATTY FOR TR EXPENSES | 3120-000 | | 64.92 | 25,115.80 |
| 01/27/22 | 1005 | Sharer, Petree, Botz & Snyder | Dividend of 100.000000000%. ACCT FOR TR FEES<br>10/14/21 - Order allowing fees & expenses - docket #73 | 3410-000 | | 2,031.00 | 23,084.80 |
| 01/27/22 | 1006 | Sharer, Petree, Botz & Snyder | Dividend of 100.000000000%. ACCT FOR TR EXPENSES | 3420-000 | | 14.65 | 23,070.15 |
| 01/27/22 | 1007 | Dept of Treasury-Division of Taxation | Claim:$35.00, Interest:$0.04; Priority tax x7816 ;  Voided on 02/18/2022 | | | 35.04 | 23,035.11 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| | | | | |
|---|---|---|---|
| **Case Number:** | 20-19567 ABA | **Trustee:** | ANDREW SKLAR |
| **Case Name:** | Lizette Cortes | **Bank Name:** | Signature Bank |
| | | **Account:** | ******5968 - Checking |
| **Taxpayer ID#:** | **-***0541 | **Blanket Bond:** | $30,119,152.00 (per case limit) |
| **Period Ending:** | 04/08/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/22 | | Dept of Treasury-Division of Taxation | Dividend of 35.00 100.000000000%, Claim No.6. Priority tax x7816 | 5800-000 | | | 23,035.11 |
| 01/27/22 | | Dept of Treasury-Division of Taxation | Dividend of 0.04 100.000000000%, Claim No.6-I. | 7990-000 | | | 23,035.11 |
| 01/27/22 | 1008 | Quantum3 Group LLC as agent for | Claim:$144.73, Interest:$0.18; GUS-X1417 | | | 144.91 | 22,890.20 |
| 01/27/22 | | Quantum3 Group LLC as agent for | Dividend of 144.73 100.000000000%, Claim No.1. GUS-X1417 | 7100-000 | | | 22,890.20 |
| 01/27/22 | | Quantum3 Group LLC as agent for | Dividend of 0.18 100.000000000%, Claim No.1-I. | 7990-000 | | | 22,890.20 |
| 01/27/22 | 1009 | Midland Credit Management, Inc. | Claim:$1651.08, Interest:$2.00; GUS-X2890 | | | 1,653.08 | 21,237.12 |
| 01/27/22 | | Midland Credit Management, Inc. | Dividend of 1,651.08 100.000000000%, Claim No.2. GUS-X2890 | 7100-000 | | | 21,237.12 |
| 01/27/22 | | Midland Credit Management, Inc. | Dividend of 2.00 100.000000000%, Claim No.2-I. | 7990-000 | | | 21,237.12 |
| 01/27/22 | 1010 | Citibank, N.A. | Claim:$1324.66, Interest:$1.61; GUS-X4818 | | | 1,326.27 | 19,910.85 |

## Form 2
### Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| Case Number: | 20-19567 ABA | **Trustee:** | ANDREW SKLAR |
|---|---|---|---|
| Case Name: | Lizette Cortes | **Bank Name:** | Signature Bank |
| | | **Account:** | ******5968 - Checking |
| Taxpayer ID#: | **-***0541 | **Blanket Bond:** | $30,119,152.00 (per case limit) |
| Period Ending: | 04/08/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/22 | | Citibank, N.A. | Dividend of 100.000000000%, Claim No.3. GUS-X4818    1,324.66 | 7100-000 | | | 19,910.85 |
| 01/27/22 | | Citibank, N.A. | Dividend of 100.000000000%, Claim No.3-I.    1.61 | 7990-000 | | | 19,910.85 |
| 01/27/22 | 1011 | JPMorgan Chase Bank, N.A. | Claim:$1331.68, Interest:$1.62; GUS-X4805 | | | 1,333.30 | 18,577.55 |
| 01/27/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.4. GUS-X4805    1,331.68 | 7100-000 | | | 18,577.55 |
| 01/27/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.4-I.    1.62 | 7990-000 | | | 18,577.55 |
| 01/27/22 | 1012 | Quantum3 Group LLC as agent for | Claim:$5267.83, Interest:$6.40; GUS-X6931 | | | 5,274.23 | 13,303.32 |
| 01/27/22 | | Quantum3 Group LLC as agent for | Dividend of 100.000000000%, Claim No.5. GUS-X6931    5,267.83 | 7100-000 | | | 13,303.32 |
| 01/27/22 | | Quantum3 Group LLC as agent for | Dividend of 100.000000000%, Claim No.5-I.    6.40 | 7990-000 | | | 13,303.32 |
| 01/27/22 | 1013 | Midland Funding LLC | Claim:$1734.01, Interest:$2.11; GUS-X4286 | | | 1,736.12 | 11,567.20 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 20-19567 ABA | Trustee: | ANDREW SKLAR |
|---|---|---|---|
| Case Name: | Lizette Cortes | Bank Name: | Signature Bank |
| | | Account: | ******5968 - Checking |
| Taxpayer ID#: | **-***0541 | Blanket Bond: | $30,119,152.00 (per case limit) |
| Period Ending: | 04/08/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/22 | | Midland Funding LLC | Dividend of 100.000000000%, Claim No.7. GUS-X4286 | 1,734.01 | 7100-000 | | | 11,567.20 |
| 01/27/22 | | Midland Funding LLC | Dividend of 100.000000000%, Claim No.7-I. | 2.11 | 7990-000 | | | 11,567.20 |
| 01/27/22 | 1014 | Synchrony Bank | Claim:$2903.81, Interest:$3.53; GUS-X8581 | | | | 2,907.34 | 8,659.86 |
| 01/27/22 | | Synchrony Bank | Dividend of 100.000000000%, Claim No.8. GUS-X8581 | 2,903.81 | 7100-000 | | | 8,659.86 |
| 01/27/22 | | Synchrony Bank | Dividend of 100.000000000%, Claim No.8-I. | 3.53 | 7990-000 | | | 8,659.86 |
| 01/27/22 | 1015 | PYOD, LLC | Claim:$329.06, Interest:$0.40; GUS-X1030 | | | | 329.46 | 8,330.40 |
| 01/27/22 | | PYOD, LLC | Dividend of 100.000000000%, Claim No.9. GUS-X1030 | 329.06 | 7100-000 | | | 8,330.40 |
| 01/27/22 | | PYOD, LLC | Dividend of 100.000000000%, Claim No.9-I. | 0.40 | 7990-000 | | | 8,330.40 |
| 01/27/22 | 1016 | Dept of Treasury-Division of Taxation | Claim:$4041.88, Interest:$4.91; General Unsecured taxes x7816 | | | | 4,046.79 | 4,283.61 |

## Form 2
Exhibit 9
## Cash Receipts and Disbursements Record

| Case Number: | 20-19567 ABA | Trustee: | ANDREW SKLAR |
|---|---|---|---|
| Case Name: | Lizette Cortes | Bank Name: | Signature Bank |
| | | Account: | ******5968 - Checking |
| Taxpayer ID#: | **-***0541 | Blanket Bond: | $30,119,152.00 (per case limit) |
| Period Ending: | 04/08/22 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/22 | | Dept of Treasury-Division of Taxation | Dividend of 4,041.88 100.000000000%, Claim No.13. General Unsecured taxes x7816 | 7100-000 | | | 4,283.61 |
| 01/27/22 | | Dept of Treasury-Division of Taxation | Dividend of 4.91 100.000000000%, Claim No.13-I. | 7990-000 | | | 4,283.61 |
| 01/27/22 | 1017 | Lizette Cortes | Dividend of 100.000000000%, Claim No.SURPLUS. | 8200-002 | | 4,283.61 | 0.00 |
| 02/18/22 | 1007 | Dept of Treasury-Division of Taxation | Claim:$35.00, Interest:$0.04; Priority tax x7816 ;  Voided: Check issued on 01/27/2022 | | | -35.04 | 35.04 |
| 02/18/22 | 1007 | Dept of Treasury-Division of Taxation | Dividend of -35.00 100.000000000%, Claim No.6. Priority tax x7816 | 5800-003 | | | 35.04 |
| 02/18/22 | 1007 | Dept of Treasury-Division of Taxation | Dividend of -0.04 100.000000000%, Claim No.6-I. | 7990-003 | | | 35.04 |
| 02/19/22 | 1018 | Lizette Cortes | additional surplus funds to Debtor | 8200-002 | | 35.04 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 30,000.00 | 30,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 30,000.00 | 30,000.00 | |
| Less: Payment to Debtors | | 4,318.65 | |
| **NET Receipts / Disbursements** | **$30,000.00** | **$25,681.35** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page:  6

| | |
|---|---:|
| Net Receipts: | $30,000.00 |
| Less Payments to Debtor: | 4,318.65 |
| Net Estate: | $25,681.35 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ******5968 | 30,000.00 | 25,681.35 | 0.00 |
| | $30,000.00 | $25,681.35 | $0.00 |